United States District Court
Southern District of Texas
**ENTERED**
September 03, 2019
David J. Bradley, Clerk

tUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Fan Gu, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. H-19-562 |
| | § | |
| Invista S.à.r.l. | § | |
| *Defendant.* | § | |

## ORDER OF ADOPTION

On August 15, 2019, Magistrate Judge Peter Bray issued an Amended Memorandum and Recommendation (D.E. 48), recommending that the court grant Ivista S.à.r.l.'s motion to dismiss Gu's first amended complaint (D.E. 41) and deny Gu's motion for relief from judgment (D.E. 19), along with other motions (D.E. 16, 21, 22, 28, 38). Gu filed objections (D.E. 50), which are denied.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion and order. The court will issue a final judgment.

Signed at Houston, Texas on August __30__, 2019.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE