United States District Court
Southern District of Texas
**ENTERED**
September 03, 2019
David J. Bradley, Clerk

tUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Fan Gu, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. H-19-562 |
| | § | |
| Invista S.à.r.l. | § | |
|     *Defendant*. | § | |

**FINAL JUDGMENT**

It is ORDERED that Plaintiff's case be dismissed with prejudice.

This is a final judgment.

Signed at Houston, Texas on August __30__, 2019.

*[signature]*

DAVID HITTNER
UNITED STATES DISTRICT JUDGE