IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FAN GU** | § | Civil Action No. 19-CV-00562 |
|     **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **INVISTA S.A.R.L.** | § | |
|     **Defendant.** | § | |

**PLAINTIFF'S NOTICE OF APPEAL**

Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiff, FAN GU, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the:

1) Order denying Motion to Change Judge Oversee the Case (Dkt. 8).

2) Order denying Motion to Review the Order of Recusal or Disqualification of Judge (Dkt. 12)

3) Order denying Motion for Default Judgment (Dkt. 18)

4) Order denying Motion for Hearing (Dkt. 39)

5) Order denying Motion to Verify and Confirm Judge Peter Bray's Orders and Signatures (Dkt. 51)

6) Order Adopting Memorandum and Recommendations (Dkt. 54)

7) Order Final Judgement (Dkt. 55)

8) Order denying Motion to Vacate (Dkt. 61)

9) Order All pending filing taken under advisement (Dkt. 65)

10) Order denying Motion for New Trail (Dkt. 66)

11) Order granting in part Motion for Sanctions (Dkt. 67)

12) Order denying Motion for Leave to file (Dkt. 69)

13) Order denying Motion for Leave to File Motion to Investigation and Postpone (Dkt. 71)

14) Order denying Motion for Leave to file Motion to Reconsider for New Evidences (Dkt. 73)

The orders denying Motion for Leave to file Motion to Reconsider for New Evidences was entered on December 18, 2019. This notice is timely filed.

Dated: January 16, 2020.

                              Respectfully submitted,

                              /s/ Fan Gu
                              Fan Gu
                              Pro Se
                              3605 S. Braeswood Blvd.
                              Houston, TX 77025

713-838-0762

## Certificated of Service

This pleading was served on the Defendant in compliance with Rule 5 of the Federal Rules of Civil Procedure on January 16, 2020

/s/ FAN GU
Fan Gu