

# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
March 04, 2021
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
February 10, 2021
Lyle W. Cayce
Clerk

Certified as a true copy and issued
as the mandate on Mar 04, 2021

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 20-20027
Summary Calendar

FAN GU,

*Plaintiff—Appellant,*

versus

INVISTA S.A.R.L.,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-562

Before STEWART, GRAVES, and HIGGINSON, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as frivolous.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 04, 2021

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 20-20027    Gu v. Invista S.A.R.L.
                             USDC No. 4:19-CV-562

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Jann Wynne*

                        By: _____
                        Jann M. Wynne, Deputy Clerk
                        504-310-7688

cc:  Ms. Shauna Johnson Clark
     Mr. Fan Gu
     Ms. Heather Lynn Sherrod